No. 81. WILLIS *v.* TENNESSEE. Jurisdictional statement submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Burke* v. *Oregon,* 279 U. S. 811; *McKane* v. *Durston,* 153 U. S. 684, 687–688; *Andrews* v. *Swartz,* 156 U. S. 272, 275. *Mr. W. C. Cherry* for appellant. *Mr. W. F. Barry, Jr.,* for appellee.

No. 89. YORK HEATING & VENTILATING CORP. *v.* MALOOLY ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. (1) *Harding* v. *Illinois,* 196 U. S. 78, 88; *Chesapeake & Ohio Ry. Co.* v. *McDonald,* 214 U. S. 191, 195. (2) *Capital City Dairy Co.* v. *Ohio,* 183 U. S. 238, 248; *Maxwell* v. *Newbold,* 18 How. 511, 516; *Hoyt* v. *Shelden,* 1 Black 518, 521–522. *Messrs. Charles J. Staples* and *O. L. Smith* for appellant. *Mr. David H. Crowley* for appellees.